UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PAUL BARTNIK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-82-HSM-CCS |
| | ) | |
| THE LINCOLN NATIONAL LIFE INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order of the District Judge.

Pursuant to a stipulation entered by the parties on August 20, 2014, the Plaintiff was to file his motion for judgment on or before October 21, 2014, and the Defendant was to have up to and including November 11, 2014, in which to file its motion for judgment. Both of these deadlines have now passed, and neither party has filed a motion for judgment.

Accordingly, the parties are **ORDERED** to **SHOW CAUSE,** on or before **December 1, 2014**, as to why they should not be sanctioned for failing to meet their proposed deadlines. Specifically, the Plaintiff is **ORDERED** to **SHOW CAUSE,** on or before **December 1, 2014,** as to why the undersigned should not recommend that this case be dismissed with prejudice based upon his failure to comply with the agreed-upon deadlines.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge